

FILED

MAY 30 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MIRIAM R. HINMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 2:19-CR-0095 TLN

12               Plaintiff,
                                        [PROPOSED] ORDER TO SEAL
13         v.

14 SHERWANA LYNN MARCUS,                          (UNDER SEAL)

15               Defendant.

16

17     The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney MIRIAM R.

18 HINMAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the

19 arrest of the defendant or until further order of the Court.

20

21 Dated: 5-30-19
                                        _____
22                                      The Honorable Deborah L. Barnes
                                        UNITED STATES MAGISTRATE JUDGE
23

[PROPOSED] ORDER TO SEAL INDICTMENT            1