McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERWANA LYNN MARCUS,<br><br>Defendant. | CASE NO. 2:19-CR-0095 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 11, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 11, 2019.

2. By this stipulation, defendant now moves to continue the status conference until September 26, 2019, at 9:30 a.m., and to exclude time between July 11, 2019, and September 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has made over 11,000 pages of discovery available for inspection by the defense.

   b) The parties are discussing a protective order so that the government can produce copies of discovery to defense counsel.

   c) Counsel for defendant desires additional time to discuss the protective order and review the discovery.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 11, 2019 to September 26, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2019          McGREGOR W. SCOTT
                    United States Attorney

                    /s/ MIRIAM R. HINMAN
                    MIRIAM R. HINMAN
                    Assistant United States Attorney

Dated: July 9, 2019           /s/ HANNAH LABAREE
                    HANNAH LABAREE
                    Counsel for Defendant
                    Sherwana Lynn Marcus

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of July, 2019.

_____
Troy L. Nunley
United States District Judge