MCGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0095 TLN |
|---|---|
| Plaintiff, | ORDER UNDER 42 U.S.C. § 290dd-2 AUTHORIZING GOVERNMENT TO DISCLOSE SUBSTANCE ABUSE TREATMENT RECORDS TO COURT FOR *IN CAMERA* REVIEW |
| v. | |
| SHERWANA LYNN MARCUS, | |
| Defendant. | |

The Court has considered the United States' Motion for an Order under 42 U.S.C. § 290dd-2 Authorizing Government to Disclose Substance Abuse Treatment Records to Court for *In Camera* Review, and for good cause shown, the Court finds and orders as follows:

1. This Order applies to the participant files and the defendant's personnel file that Nonprofit Organization 1 provided to the Department of Housing and Urban Development, Office of the Inspector General, in connection with the investigation of the above-captioned case. It does not apply to other records from Nonprofit Organization 1 that the United States has previously reviewed and that do not contain substance abuse treatment records. The covered documents are referred to as "the records."

2. The United States shall review the records and segregate substance abuse treatment records from other documents.

3. The United States shall identify for the Court the substance abuse treatment records or information for which the government requests an order authorizing disclosure to the defense based on

good cause arising from the government's discovery obligations. It shall also provide those substance abuse treatment records or information to the Court for *in camera* review.

4. Until further authorization from the Court, the United States shall restrict access to the substance abuse treatment records to the case agent, assigned Assistant U.S. Attorney(s), other U.S. Attorney's Office or Department of Justice Personnel who are necessary to assist in the review and processing of the records pursuant to the Court's order, and the U.S. District Court judges and staff.

5. The United States shall not use any substance abuse treatment records contained within the records to conduct any investigation or prosecution of a patient, or as the basis for an application for an order under 42 C.F.R. § 2.65.

6. The United States shall notify Nonprofit Organization 1 and individuals whose substance abuse records have been disclosed to the United States about this Order and their right to apply to the Court to amend or revoke the Order. The United States shall provide this notification by mail to individuals' last known address. This notification shall take place as soon as reasonably practicable after the United States has identified the set of individuals who need to be notified.

7. Good cause exists for this Order because the public interest and need for disclosure of the records outweigh the potential injury to the patient, to the physician-patient relationship, and to the treatment services, as provided in 42 U.S.C. § 290dd-2(b)(2)(C).

Dated: July 10, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE