McGREGOR W. SCOTT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHERWANA LYNN MARCUS, <br><br> Defendant. | CASE NO. 2:19-CR-0095 TLN <br><br> ORDER REGARDING DISCLOSURE OF ATTORNEY COMMUNICATIONS IN DISCOVERY <br><br> (PUBLIC VERSION) |

The Court has considered the United States' Motion Regarding Disclosure of Attorney Communications in Discovery, and for good cause shown, the Court finds and orders as follows:

1. This Order applies to the three pages of email communications between an attorney and a manager employed by Nonprofit Organization 1, which Nonprofit Organization 1 disclosed to the United States as part of the defendant's personnel file and its C.E.O. subsequently stated by email to the United States were privileged attorney-client communications that had been inadvertently produced.

2. If Nonprofit Organization 1 wishes to assert that the emails are protected by attorney-client privilege and should not be disclosed to the defense in discovery, Nonprofit Organization 1 may file a motion with the Court. The motion must be filed within 30 days from the date of this Order.

3. The government shall serve this Order on Nonprofit Organization 1 by U.S. mail to the C.E.O.

4. If Nonprofit Organization 1 does not file a motion with the Court within 30 days of the

date of this Order, the government may produce the emails to the defense in discovery.

Dated: November 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE