UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHERWANA LYNN MARCUS,<br><br>Defendant. | No. 2:19-CR-00095 TLN<br><br>**ORDER** |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's request to seal, IT IS HEREBY ORDERED that the following shall be SEALED until further order of this Court: (1) the Government's *ex parte* motion and proposed order; (2) the Government's request to seal; and (3) this Court's order allowing the Government to produce certain documents.

It is further ordered that this Court's order allowing the Government to produce certain documents shall be accessible to both the Government and counsel for Defendant, but access to the *ex parte* motion shall be limited to the Government.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. United States Dist. Court*, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the Government's request to seal, sealing is appropriate due to the subject matter of the Government's *ex parte* motion and the fact that the public does not have a presumptive right of

1

access to that subject matter.

The Court GRANTS the Government's request to seal.  (ECF No. 34.)

IT IS SO ORDERED.

Dated: November 12, 2019

Troy L. Nunley
United States District Judge