HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
Sherwana Lynn Marcus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHERWANA LYNN MARCUS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.  2:19-cr-95 TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME <br><br> Date:  November 14, 2019 <br> Time:  9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Miriam Hinman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Sherwana Marcus, that the previously-scheduled status conference date of November 14, 2019, be vacated and the matter be set for status conference on January 16, 2020 at 9:30 a.m.

On August 23, 2019, the government has produced over 13,000 pages of discovery, after entry of the parties' stipulated protective order, on August 9, 2019.  On September 26, 2019, the government produced over 1,000 pages of additional discovery. Counsel for the defendant requires additional time to review the discovery, conduct independent investigation, and meet with her client to review the material.  The failure to grant the above-requested continuance

Stipulation to Continue         -1-

would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 16, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  November 12, 2019           HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Hannah Labaree*
                                    HANNAH LABAREE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Sherwana Lynn Marcus

Dated: November 12, 2019            MCGREGOR SCOTT
                                    United States Attorney

                                    /s/*Miriam Hinman*
                                    MIRIAM HINMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stipulation to Continue                    -2-

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 16, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 14, 2019 status conference shall be continued until January 16, 2020, at 9:30 a.m.

Dated: November 12, 2019

Troy L. Nunley
United States District Judge