| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | HANNAH LABAREE, # 294338 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Attorneys for Defendant |
| 5 | Sherwana Lynn Marcus |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-095 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) TIME |
| SHERWANA LYNN MARCUS | ) Date: January 16, 2020 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Miriam Hinman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Sherwana Marcus, that the previously-scheduled status conference date of January 16, 2020, be vacated and the matter be set for status conference on March 5, 2020 at 9:30 a.m, at the defendant's request.

On August 23, 2019, the government produced over 13,000 pages of discovery, after entry of the parties' stipulated protective order, on August 9, 2019. On September 26, 2019, the government produced over 1,000 pages of additional discovery. On November 22, 2019, the government produced approximately 250 pages of additional discovery. Counsel for the defendant requires additional time to review the discovery, conduct independent investigation, and meet with her client to review the material. Defense counsel believes that the failure to grant

Stipulation to Continue -1-

the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 5, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: January 8, 2020     HEATHER E. WILLIAMS
                                                 Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
Sherwana Lynn Marcus

Dated: January 8, 2020     MCGREGOR SCOTT
                                                 United States Attorney

/s/*Miriam Hinman*
MIRIAM HINMAN
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including March 5, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 16, 2020 status conference shall be continued until March 5, 2020, at 9:30 a.m.

Dated: January 9, 2020

Troy L. Nunley
United States District Judge