HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HANNAH LABAREE, # 294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Attorneys for Defendant
Sherwana Lynn Marcus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>SHERWANA LYNN MARCUS<br><br>   Defendant. | Case No. 2:19-cr-95 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: March 5, 2020<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney McGregor Scott, through Assistant United States Attorney Miriam Hinman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hannah Labaree, attorney for defendant Sherwana Marcus, that the previously-scheduled status conference date of March 5, 2020, be vacated and the matter be set for status conference on April 2, 2020 at 9:30 a.m, at the defendant's request.

   The defense requires further time for investigations and review of discovery. On August 23, 2019, the government produced over 13,000 pages of discovery, after entry of the parties' stipulated protective order, on August 9, 2019. To date, undersigned counsel has received six discovery productions, comprising over 14,000 Bates-stamped pages of discovery. There is a protective order in place in this case which bars Ms. Marcus from possessing certain categories of discovery, thus requiring defense counsel to review those materials in person with Ms.

Stipulation to Continue        -1-

Marcus. As such, undersigned counsel requires additional time to review discovery and meet with Ms. Marcus. Additional time is also needed to conduct defense investigation, which defense counsel estimates will require a couple of additional months. Defense counsel believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including April 2, 2020, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv) (reasonable time to prepare), and General Order 479, Local Code T4, based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 2, 2020
HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Attorney for Defendant
Sherwana Lynn Marcus

Dated: March 2, 2020
MCGREGOR SCOTT
United States Attorney

/s/*Miriam Hinman*
MIRIAM HINMAN
Assistant U.S. Attorney
Attorney for Plaintiff

1                                                       <u>ORDER</u>

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its Order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date of this order, up to and including April 2, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 5, 2020 status conference shall be continued until April 2, 2020, at 9:30 a.m.

Dated: March 2, 2020

                                                Troy L. Nunley
                                                United States District Judge