PHILLIP A. TALBERT
Acting United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHERWANA LYNN MARCUS,<br><br>　　　　　Defendant. | CASE NO.  2:19-CR-0095 TLN<br><br>ORDER TO DISMISS INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on May 30, 2019, is dismissed.

DATED: August 9, 2021

_____
Troy L. Nunley
United States District Judge